E-FILED 11-19-09

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GIDEON VALENTE AGRA,<br><br>    Plaintiff,<br><br>v.<br><br>ONE WEST BANK FSB, et al.,<br><br>    Defendants. | Case No. 2:09-cv-03641-PSG-PJW<br><br>[~~PROPOSED~~] **JUDGMENT** |

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

1  Whereas, on October 23, 2009, the Court entered an order GRANTING
2  Defendants Countrywide Home Loans, Inc. and BAC Home Loans Servicing LP's
3  Motion to Dismiss the Complaint of Plaintiff Gideon V. Agra ("Plaintiff") [Docket
4  No. 44];

5  Whereas, the Court's Order dismissed Plaintiff's Complaint "in its entirety"
6  and required Plaintiff to file an amended complaint by November 13, 2009, or the
7  action would be dismissed with prejudice;

8  Whereas, on November 13, 2009, Plaintiff filed an amended complaint that
9  does not name as defendants Countrywide Home Loans, Inc. or BAC Home Loans
10 Servicing LP [Docket No. 45];

11 Whereas Countrywide Home Loans, Inc. or BAC Home Loans Servicing LP
12 are no longer parties to this action due to Plaintiff's failure to amend his claims
13 against them within the time allowed by the Court;

14 IT IS THEREFORE ORDERED AND ADJUDGED that:

15 All claims in the Complaint of Plaintiff Gideon V. Agra are DISMISSED
16 WITH PREJUDICE as to Countrywide Home Loans, Inc. and BAC Home Loans
17 Servicing LP.

19 SUCH JUDGMENT IS ENTERED.

21 Dated: 11/18/09

Hon. Philip S. Gutierrez
United States District Court Judge

23 Respectfully Submitted,

24 **BRYAN CAVE LLP**

25 By:  /s/ Brian J. Recor
26 Attorneys for Defendants
   COUNTRYWIDE HOME LOANS,
27 INC. and BAC HOME LOANS
   SERVICING LP

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401