E-FILED 11/24/09
TERM #33

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIDEON VALENTE AGRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ONE WEST BANK FSB, DBA INDYMAC MORTGAGE SERVICES, INDYMAC FEDERAL BANK, HOME LOAN FUNDING, INC, BANK OF AMERICA, COUNTRYWIDE HOME LOANS, GREENPOINT MORTGAGE FUNDING, NDEX WEST, LLC.,<br><br>　　　　Defendant. | Case No.: CV09-03641 PSG (PJWx)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT**<br><br>Judge: Hon. Philip S. Gutierrez<br>Complaint Date: May 21, 2009<br>Trial Date:　　None set |

1  Whereas on August 21, 2009, Defendant GreenPoint Mortgage Funding
2  ("GreenPoint") filed a motion to dismiss Plaintiff Gideon V. Agra's Complaint.
3  Whereas on October 23, 2009, this Court GRANTED GreenPoint's Motion
4  to dismiss and dismissed "Plaintiff's Complaint in its entirety."
5  Whereas on October 23, 2090 this Court provided that "Plaintiff may file an
6  amended complaint by November 13, 2009" and if Plaintiff fails to do, this action
7  will be dismissed with prejudice.
8  Where as on November 13, 2009, Plaintiff filed an "amended petition for
9  quiet title action" which does not name GreenPoint as a defendant.
10  Whereas GreenPoint is no longer a party to this action due to Plaintiff's
11  failure to amend his complaint against GreenPoint within the time allowed by the
12  Court;
13  IT IS THEREFORE ORDERED AND ADJUDGED that:
14  FINAL JUDGMENT is entered in favor of GreenPoint and Against Plaintiff
15  Gideon V. Agra.   All claims against GreenPoint by Plaintiff Gideon V. Agra are
16  DISMISSED WITH PREJUDICE.
17  ~~The Clerk shall close the file.~~
18  DATED:  11/24/09
19  THE HONORABLE PHILIP S. GUTIERREZ
    UNITED STATES DISTRICT JUDGE